**\*\*NOT FOR PRINTED PUBLICATION\*\***

IN THE UNITED STATED DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| *Plaintiff*, | § § § | |
| v. | § § | Civil Action No. 4:11-cv-655 (Judge Clark/Judge Mazzant) |
| JAMES G. TEMME and STEWARDSHIP FUND, LP, | § § § § | |
| *Defendants*. | § | |

**ORDER GRANTING RECEIVER'S SECOND INTERIM APPLICATION TO ALLOW AND PAY (1) RECEIVER'S FEES AND EXPENSES; AND (2) ATTORNEYS' FEES AND EXPENSES**

Before the court is the Receiver's Second Interim Application to Allow and Pay (1) Receiver's Fees and Expenses; and (2) Attorneys' Fees and Expenses (the "**Application**") [Doc. #183], which requests reimbursement for fees incurred for the time period from March 1, 2012 through December 31, 2012. The Receiver seeks to pay Bryan Cave LLP ("**BC**") $195,238.29, representing $181,958.00 in interim fees (80% of $227,447.50 in fees) and $13,318.69 in interim expenses (100% of $13,318.69 in expenses).

No opposition has been filed to this Application. Counsel for the Commission has reviewed the fee application and been afforded the opportunity to object, but does not object to the relief sought. Based upon a review of the Application and the pleadings on file, the Court finds and concludes that (a) the relief requested in the Application is in the best interests of the Receiver and

his receivership estates; (b) proper and adequate notice of the Application has been given and that no other or further notice is necessary; and (c) good and sufficient cause exists for the granting of the relief requested in the Application after having given due deliberation upon the Application and all of the proceedings had before the Court in connection with the Application. Therefore, it is hereby **ORDERED** that:

    i.    The Application is **GRANTED**.

    ii.    The Court approves, on an interim basis, the fees ($181,958.00) and expenses ($13,318.69) incurred by the Receiver from March 1, 2012 through December 31, 2012.

    iii.    The Receiver is authorized to immediately pay BC the total sum of $195,238.29, representing $181,958.00 in interim fees (80% of $227,447.50 in fees) and $13,318.69 in interim expenses (100% of $13,318.69 in expenses) for the time period from March 1, 2012 through December 31, 2012.

So **ORDERED** and **SIGNED** this 4 day of **April, 2013.**

_____
Ron Clark, United States District Judge