**\*\*NOT FOR PRINTED PUBLICATION\*\***

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION | § § § | |
| *Plaintiff*, | § § | CIVIL ACTION No. 4:11CV655 |
| v. | § § | JUDGE RON CLARK |
| JAMES G. TEMME, and STEWARDSHIP FUND, LP | § § § § | |
| *Defendants*, | § § § § | |

## ORDER HOLDING HP DEBT EXCHANGE, LLC AND CHRISTOPHER GANTER IN CONTEMPT

For the reasons stated on the record on July 1, 2013, the Court finds by clear and convincing evidence that Respondents HP Debt Exchange, LLC and Christopher Ganter violated definite and specific orders of the Court, namely Doc. #24 at ¶8, 25 at ¶9, and 30 at ¶9, of which they had knowledge, by offering to sell, and selling, assets of the Receivership Estate for $450,000. Accordingly, the Court finds Respondents HP Debt Exchange, LLC and Christopher Ganter in contempt of Court. Respondents HP Debt Exchange, LLC and Christopher Ganter are therefore **ORDERED jointly and severally to pay four hundred and fifty thousand dollars ($450,000)** into the registry of the U.S. District Court for the Eastern District of Texas **no later than 12 pm (noon) CST on July 15, 2013.**

Respondent Christopher Ganter is hereby further **ORDERED** to surrender his passport to the Clerk of the Court for the Eastern District of Texas **no later than 4 pm CST on July 3, 2013**, with whom the passport will remain until Christopher Ganter purges his contempt.

Respondents HP Debt Exchange, LLC and Christopher Ganter are **ORDERED** to appear before this Court on **Wednesday, July 17, 2013 at 9:30 am CST** in Courtroom 2, Jack Brooks Federal Building, 300 Willow Street, Beaumont, Texas 77701 to determine whether the parties have purged themselves of contempt. The other parties to this action, the Securities and Exchange Commission and Receiver Keith M. Aurzada, shall also appear.

The Clerk of the Court shall mail a copy of this order by certified mail to Christopher Ganter at the following address:

Christopher Ganter
2200 K Avenue STE 100
Plano, Texas 75074

So **ORDERED** and **SIGNED** this 1   day of **July, 2013.**

_____
Ron Clark, United States District Judge