IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

JAMES G. TEMME, and
STEWARDSHIP FUND, LP,

    Defendants,

Civil Action No.
4:11-cv-00655-RC-ALM

### ORDER ON PLAINTIFF'S SECOND UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE REPLY BRIEF AND TO RESPOND TO DEFENDANT'S MOTION TO STRIKE AND MOTION TO SEAL

Before this Court is Plaintiff, U.S. Securities and Exchange Commission's Second Unopposed Motion to Extend Deadline to File Reply Brief and to Respond to Defendant's Motion to Strike and Motion to Seal (Dkt. #231).

**IT IS HEREBY ORDERED** that Plaintiff's Second Motion for Extension to Respond is granted, and the deadline to respond is August 22, 2013.

**SIGNED this 14th day of August, 2013.**

_____
AMOS L. MAZZANT
UNITED STATES MAGISTRATE JUDGE