# EXHIBIT B

| FUND ACCOUNTING: Stewardship Fund LP in Receivership | | | | |
|---|---|---|---|---|
| | | Detail | Subtotal | Grand Total |
| Line 1 | Beginning Balance (As of Jan 1, 2013:" | $ 1,050,889 | | $ 1,050,889 |
| | *Increases in Fund Balance:* | | | |
| Line 2 | Business Income | $ - | | $ - |
| Line 3 | Cash and Securities | $ - | | $ - |
| Line 4 | Interest/Dividend Income | $ - | | $ - |
| Line 5 | Business Asset Liquidation | $ 183,043 | | $ 183,043 |
| Line 6 | Personal Asset Liquidation | $ - | | $ - |
| Line 7 | Third-Party Litigation Income | $ - | | $ - |
| Line 8 | Miscellaneous | $ - | | $ - |
| | Total Funds Available (Lines 1 – 8): | $ 1,233,932 | | $ 1,233,932 |
| | *Decreases in Fund Balance:* | | | |
| Line 9 | Disbursements to Investors | $ - | | $ - |
| Line 10 | Disbursements for Receivership Operations | $ - | | |
| Line 10a | Disbursements to Receiver or Other Professionals | $ 231,977 | | $ 231,977 |
| Line 10b | Business Asset Expenses | $ 4,917 | | $ 4,917 |
| Line 10c | Personal Asset Expenses | $ - | | $ - |
| Line 10d | Investment Expenses | $ - | | $ - |
| Line 10e | Third-Party Litigation Expenses | $ - | | $ - |
| | 1. Attorney Fees | $ - | | $ - |
| | 2. Litigation Expenses | $ - | | $ - |
| | Total Third-Party Litigation Expenses | $ - | | $ - |
| Line 10f | Tax Administrator Fees and Bonds | $ - | | $ - |
| Line 10g | Federal and State Tax Payments | $ - | | $ - |
| | Total Disbursements for Receivership Operations | $ 236,894 | | $ 236,894 |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund: | | | |
| Line 11a | Distribution Plan Development Expenses: | | | |
| | 1. Fees: | | | |
| |     Fund Administrator............. | $ - | | $ - |
| |     Independent Distribution Consultant (IDC)....... | $ - | | $ - |
| |     Distribution Agent............. | $ - | | $ - |
| |     Consultants......... | $ - | | $ - |
| |     Legal Advisers............ | $ - | | $ - |
| |     Tax Advisers............. | $ - | | $ - |
| | 2. Administrative Expenses | $ - | | $ - |
| | 3. Miscellaneous | $ - | | $ - |
| | Total Plan Development Expenses | $ - | | $ - |
| Line 11b | Distribution Plan Implementation Expenses: | | | |
| | 1. Fees: | | | |
| |     Fund Administrator............ | $ - | | $ - |
| |     IDC.............. | $ - | | $ - |
| |     Distribution Agent............ | $ - | | $ - |
| |     Consultants.......... | $ - | | $ - |
| |     Legal Advisers............ | $ - | | $ - |
| |     Tax Advisers............ | $ - | | $ - |
| | 2. Administrative Expenses | $ - | | $ - |
| | 3. Investor Identification: | $ - | | $ - |
| |     Notice/Publishing Approved Plan......... | $ - | | $ - |
| |     Claimant Identification........... | $ - | | $ - |

|  |  | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| | Claims Processing............................... | $ - | | $ - |
| | Web Site Maintenance/Call Center................ | $ - | | $ - |
| | 4. Fund Administrator Bond | $ - | | $ - |
| | 5. Miscellaneous | $ - | | $ - |
| | 6. Federal Account for Investor Restitution (FAIR) Reporting Expenses | $ - | | $ - |
| | *Total Plan Implementation Expenses* | $ - | | $ - |
| | **Total Disbursements for Distribution Expenses Paid by the Fund** | | | - |
| Line 12 | **Disbursements to Court/Other:** | | | |
| Line 12a | Investment Expenses/Court Registry Investment System (CRIS) Fees | $ - | | |
| Line 12b | Federal Tax Payments | $ - | | |
| | Total Disbursements to Court/Other: | $ - | | |
| | **Total Funds Disbursed (Lines 9 – 11):** | $ 236,894 | $ - | $ 236,894 |
| Line 13 | **Ending Balance (As of 5/31/13):** | $ 997,038 | $ - | $ 997,038 |
| Line 14 | **Ending Balance of Fund – Net Assets:** | | | |
| Line 14a | *Cash & Cash Equivalents* | $ - | | |
| Line 14b | *Investments* | $ - | | |
| Line 14c | *Other Assets or Uncleared Funds* | $ - | | |
| | **Total Ending Balance of Fund – Net Assets** | $ 997,038 | $ - | $ 997,038 |

| **OTHER SUPPLEMENTAL INFORMATION:** | | | | |
|---|---|---|---|---|
| | | **Detail** | **Subtotal** | **Grand Total** |
| | *Report of Items NOT To Be Paid by the Fund:* | | | |
| Line 15 | **Disbursements for Plan Administration Expenses Not Paid by the Fund:** | | | |
| Line 15a | *Plan Development Expenses Not Paid by the Fund:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator............................... | $ - | | - |
| | IDC................................................. | $ - | | - |
| | Distribution Agent............................... | $ - | | - |
| | Consultants...................................... | $ - | | - |
| | Legal Advisers................................... | $ - | | - |
| | Tax Advisers..................................... | $ - | | - |
| | 2. Administrative Expenses | $ - | | - |
| | 3. Miscellaneous | $ - | | - |
| | *Total Plan Development Expenses Not Paid by the F* | $ - | - | - |
| Line 15b | *Plan Implementation Expenses Not Paid by the Fund:* | | | |
| | 1. Fees: | $ - | | - |
| | Fund Administrator............................... | $ - | | - |
| | IDC................................................. | $ - | | - |
| | Distribution Agent............................... | $ - | | - |
| | Consultants...................................... | $ - | | - |
| | Legal Advisers................................... | $ - | | - |
| | Tax Advisers..................................... | $ - | | - |
| | 2. Administrative Expenses | $ - | | - |
| | 3. Investor Identification: | $ - | | - |
| | Notice/Publishing Approved Plan............... | $ - | | - |
| | Claimant Identification......................... | $ - | | - |
| | Claims Processing............................... | $ - | | - |
| | Web Site Maintenance/Call Center............ | $ - | | - |
| | 4. Fund Administrator Bond | $ - | | - |
| | 5. Miscellaneous | $ - | | - |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | 6. FAIR Reporting Expenses | $ | - |  | - |
|  | Total Plan Implementation Expenses Not Paid by the | $ | - |  | - |
| Line 15c | Tax Administrator Fees & Bonds Not Paid by the Fu | $ | - | - | - |
|  | **Total Disbursements for Plan Administration Expenses Not Paid by the Fund** |  |  |  |  |
| **Line 16** | **Disbursements to Court/Other Not Paid by the Fund:** |  |  |  |  |
| Line 16a | Investment Expenses/CRIS Fees | $ | - |  |  |
| Line 16b | Federal Tax Payments | $ | - |  |  |
|  | Total Disbursements to Court/Other Not Paid by the | $ | - |  |  |
| **Line 17** | **DC & State Tax Payments** | $ | - |  |  |
| **Line 18** | **No. of Claims:** |  |  |  |  |
| Line 18a | # of Claims Received This Reporting Period………. | $ | - |  |  |
| Line 18b | # of Claims Received Since Inception of Fund……. | $ | - |  |  |
| **Line 19** | **No. of Claimants/Investors:** |  |  |  |  |
| Line 19a | # of Claimants/Investors Paid This Reporting Period | $ | - |  |  |
| Line 19b | # of Claimants/Investors Paid Since Inception of Fu | $ | - |  |  |

Receiver:

By: _(signature)_ 

Keith Aurzada  
(printed name)

Receiver  
(title)

Date: 7-29-13