UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| SECURITES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>JAMES G. TEMME,<br>STEWARDSHIP FUNDS, LP<br>Defendants. | Civil Action No. 4:11cv655 |

# DEFENDANT'S REPLY TO
# PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO SEAL

Defendant James G. Temme and Plaintiff have reached an agreement concerning the motion to seal. Mr. Temme will re-file the exhibit in question so that the declaration is not filed under seal and so that certain agreed columns in the attached spreadsheet are redacted, with the other columns unredacted. The parties have also agreed that these issues can be revisited if a party later believes it is necessary. Therefore, Mr. Temme believes that Defendant's Motion to Seal is now moot.

Respectfully submitted:

/s/ John Helms
John Helms, Jr.
Texas Bar No. 09401001
jhelms@fhsulaw.com
Ritch Roberts III
Texas Bar No. 24041794
rroberts@fhsulaw.com
**Fitzpatrick, Hagood, Smith & Uhl LLP**
Chateau Plaza, Suite 1400
2515 McKinney Ave.
Dallas, Texas 75201
Tel: (214) 237-0900
Fax: (214) 237-0901
COUNSEL FOR JAMES G. TEMME

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document has been served on counsel of record via the Court's CM/ECF system.

/s/ John Helms
John Helms