***NOT FOR PRINTED PUBLICATION***

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION NO. 4:11cv655 (Judge Clark/Judge Mazzant) |
| JAMES G. TEMME and STEWARDSHIP FUND, LP, | § § § § | |
| *Defendants.* | § | |

ORDER GRANTING RECEIVER'S THIRD INTERIM APPLICATION TO ALLOW AND PAY (1) RECEIVER'S FEES AND EXPENSES; AND (2) ATTORNEYS' FEES AND EXPENSES

Before the court is the Receiver's Third Interim Application to Allow and Pay (1) Receiver's Fees and Expenses; and (2) Attorneys' Fees and Expenses (the "Application") [Doc. #245], which requests reimbursement for fees incurred for the time period from January 1, 2013, through May 31, 2013. The Receiver seeks to pay Bryan Cave LLP ("**BC**") $154,793.42, representing $149,911.60 in interim fees (80% of $187,389.50 in fees) and $4,881.82 in interim expenses (100% of $4,881.82 in expenses).

No opposition has been filed to this Application. Counsel for the Commission has reviewed the fee application and been afforded the opportunity to object, but does not object to the relief sought. Based upon a review of the Application and the pleadings on file, the court finds and concludes that (a) the relief requested in the Application is in the best interests of the Receiver and his receivership estates; (b) proper and adequate notice of the Application

has been given and that no other or further notice is necessary; and (c) good and sufficient cause exists for the granting of the relief requested in the Application after having given due deliberation upon the Application and all of the proceedings had before the court in connection with the Application. Therefore, it is hereby **ORDERED** that:

I. The Application is **GRANTED**.

ii. The court approves, on an interim basis, the fees ($149,911.60) and expenses ($4,881.82) incurred by the Receiver from January 1, 2013, through May 31, 2013.

iii. The Receiver is authorized to immediately pay BC the total sum of $154,793.42, representing $149,911.60 in interim fees (80% of $187,389.50 in fees) and $4,881.82 in interim expenses (100% of $4,881.82 in expenses) for the time period from January 1, 2013, through May 31, 2013.

So **ORDERED** and **SIGNED** this **30** day of **September, 2013.**

_____
Ron Clark, United States District Judge