**\*\*NOT FOR PRINTED PUBLICATION\*\***

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION NO. 4:11cv655 (Judge Clark/Judge Mazzant) |
| JAMES G. TEMME and STEWARDSHIP FUND, LP, | § § § | |
| *Defendants.* | § § | |

## ORDER GRANTING RECEIVER'S FIRST INTERIM APPLICATION TO ALLOW AND PAY PROFESSIONAL FEES TO FIGARI & DAVENPORT LLP

Before the court is the Receiver's First Interim Application to Allow and Pay Professional Fees to Figari & Davenport, LLP (the"Application") [Doc. #283], which requests reimbursement for fees incurred for the time period from March 1 ,2013, through September 30, 2013. The Receiver seeks to pay Figari & Davenport, LLP total compensation of $28,020.56

No opposition has been filed to this Application. Counsel for the Commission has reviewed the fee application and been afforded the opportunity to object, but does not object to the relief sought. Based upon a review of the Application and the pleadings on file, the court finds and concludes that (a) the relief requested in the Application is in the best interests of the Receiver and his receivership estates; (b) proper and adequate notice of the Application has been given and that no other or further notice is necessary; and (c) good and sufficient cause exists for the granting of the relief requested in the Application after having given due

1

deliberation upon the Application and all of the proceedings had before the court in connection with the Application. Therefore, it is hereby ORDERED that:

    I.    The Application is GRANTED.

    ii.    Receiver is authorized to pay Figari & Davenport, LLP total compensation of $28,020.56 from March 1, 2013, through September 30, 2013.

So **ORDERED** and **SIGNED** this **14** day of **November, 2013.**

_____
Ron Clark, United States District Judge