**\*\*NOT FOR PRINTED PUBLICATION\*\***

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION NO. 4:11cv655 |
| JAMES G. TEMME and STEWARDSHIP FUND, LP, | § § § | |
| *Defendants.* | § § | |

<u>ORDER GRANTING RECEIVER'S SECOND INTERIM APPLICATION TO ALLOW
AND PAY PROFESSIONAL FEES TO GREG T. MURRAY, PLLC</u>

Before the court is the Receiver's Second Interim Application to Allow and Pay

Professional Fees to Greg T. Murray, PLLC (the"Application") [Doc. #322], which requests

reimbursement for fees incurred for the time period from September 12, 2012, through

December 31, 2013. The Receiver seeks to pay Greg T. Murray, PLLC total compensation of

$30,590.85, constituting $29,481.25 in fees and $1,109.60 in expenses incurred.

No opposition has been filed to this Application.  Counsel for the Commission has

reviewed the fee application and been afforded the opportunity to object, but does not object

to the relief sought.  Based upon a review of the Application and the pleadings on file, the

court finds and concludes that (a) the relief requested in the Application is in the best interests

of the Receiver and his receivership estates; (b) proper and adequate notice of the Application

has been given and that no other or further notice is necessary; and (c) good and sufficient

cause exists for the granting of the relief requested in the Application after having given due

deliberation upon the Application and all of the proceedings had before the court in connection with the Application.  Therefore, it is hereby **ORDERED** that:

    i.      The Application is **GRANTED**.

    ii.     Receiver is authorized to pay Greg T. Murray, PLLC total compensation of $30,590.85, constituting $29,481.25 in fees and $1,109.60 in expenses incurred for the time period from September 12, 2012, through December 31, 2013.

    So **ORDERED** and **SIGNED** this **14** day of **April, 2014.**

_____
Ron Clark, United States District Judge