**\*\*NOT FOR PRINTED PUBLICATION\*\***

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| *Plaintiff,* | § § § | |
| v. | § | CIVIL ACTION NO. 4:11cv655 |
| JAMES G. TEMME and STEWARDSHIP FUND, LP, | § § § § | |
| *Defendants.* | § § | |

## ORDER

Before the court are Receiver Keith M. Aurzada's (the "Receiver") Motion to Approve Settlement Agreement with F&B (the "F&B Settlement Agreement") and Motion to Allow and Pay Professional Fees (collectively, the "Motions") [Doc. #333]. The court, having considered the Motions, the F&B Settlement Agreement, the evidence, the lack of responsive briefing and objections by any creditors or claimants, and the relevant legal principles, finds and concludes that the Motions and the relief requested therein should be GRANTED and therefore orders that:

1. The court approves the F&B Settlement Agreement.

2. The Receiver is allowed to pay $2,000 in professional fees and expenses to Hicks Thomas LLP, subject to supplementation for additional fees and expenses incurred in connection with obtaining the relief requested in the Motions.

So **ORDERED** and **SIGNED** this **14** day of **April, 2014.**

_____
Ron Clark, United States District Judge