**NOT FOR PRINTED PUBLICATION**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| *Plaintiff*, | § § § | |
| v. | § § | Civil Action No. 4:11-cv-655 |
| JAMES G. TEMME and STEWARDSHIP FUND, LP, | § § § § | |
| *Defendants*. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On January 8, 2014, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that the Receiver's Motion to Approve Settlement Agreement, for Entry of Bar Order, to Allow and Pay Professional Fees [Doc. #281] be granted.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court.

It is, therefore, **ORDERED** that the Receiver's Motion to Approve Settlement Agreement, for Entry of Bar Order, to Allow and Pay Professional Fees [Doc. #281] is

**GRANTED.**

It is further **ORDERED** that the Bar Order is modified by deletion of the phrase, "*or enters an appearance in this receivership proceeding at any time*" from the definition of the term "Stewardship Creditors."

So **ORDERED** and **SIGNED** this **16** day of **April, 2014.**

                                              Ron Clark, United States District Judge