**NOT FOR PRINTED PUBLICATION**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Civil Action No. 4:11-cv-655 |
| JAMES G. TEMME and STEWARDSHIP FUND, LP, | § § § § § | |
| *Defendants*. | § | |

## ORDER

Before the Court is Receiver Keith M. Aurzada's (the "Receiver") Motion to Allow and Pay Professional Fees (the "Motion") [Doc. #281]. The court, having considered the Motion, the evidence, the responsive briefing, the arguments of counsel, the objections of any creditors or claimants, if any, and the relevant legal principles, finds and concludes that the Motion and the relief requested therein should be GRANTED and therefore orders that:

(a) The Receiver is allowed to pay $17,818.75 and $224.53 in professional fees and expenses to Goldfarb LLP; and

(b) The Receiver is allowed to pay $87,577.50 and $142.40 in professional fees and expenses to Hicks Thomas LLP, subject to supplementation for additional fees and expenses incurred in connection with obtaining the relief requested in this motion.

So **ORDERED** and **SIGNED** this **16** day of **April, 2014.**

_____
Ron Clark, United States District Judge