IN THE UNITED STATED DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION**<br>**Plaintiff,**<br><br>v.<br><br>**JAMES G. TEMME, and**<br>**STEWARDSHIP FUND, LP,**<br>**Defendants.** | §<br>§<br>§<br>§<br>§  Civil Action No. 4:11-cv-655<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER GRANTING MOTION FOR ENTRY OF FINAL JUDGMENT ON SETTLEMENTS AND APPROVAL OF DISPOSITION FEE

CAME ON FOR CONSIDERATION the Motion for Entry of Judgment on Settlements and Approval of Asset Disposition Fee (the "Motion") filed by Keith M. Aurzada, as receiver in the above-captioned matter (the "Receiver") for James G. Temme ("Temme"), Stewardship Fund, LP, and all other entities directly or indirectly controlled by Temme or Stewardship Fund, LP, including, but not limited to Stewardship Advisors, LLC, d/b/a Stewardship Advisors, LP, Stewardship Asset Management Genpar I, LLC, Stewardship Group, LLC, Destiny Fund, LP, and Stewardship Management, LP (collectively, the "Receivership Entities").

The Motion seeks a final judgment as to the following Orders:

- Order Granting Receiver's Motion to Approve Settlement Agreement [Dkt. No. 76] regarding Motion to Approve Settlement Agreement [Dkt. No. 67];

- Order Granting the Receiver's (i) Motion to Approve Settlement Agreements with Harbour Portfolio I, LLC, Harbour Portfolio II, LLC, Harbour Portfolio IV, LLC,

Page 10

and Cavco Holdings, LLC and (ii) Motion to Approve Settlement Agreement with Boyce Parties [Dkt. No. 95] regarding Motion Approve Settlement Agreement with Vose Entities [Dkt. No. 79] and Motion to Approve Settlement Agreement with Boyce Parties [Doc. No. 80];

- Order [Dkt. No. 162] regarding Receiver's Motion to Approve Settlement, for Entry of Bar Order and Injunction, and to Allow and Pay Professional Fees and Brief in Support [Dkt. No. 152];

- Order Granting Agreed Motion to Approve Claim Determination [Dkt. No. 164] regarding Agreed Motion to Approve Claim Determination [Dkt. No. 155];

- Order Granting the Receiver's Motion to Approve Settlement Agreement with JEG Parties [Dkt. No. 199] regarding Motion to Approve Settlement Agreement with JEG Parties [Dkt. No. 189];

- Order Granting Receiver's Motion to Approve Settlement Agreement with American Mutual, LP and Motion for Authority to Sell Assets [Dkt. No. 230] regarding Receiver's Motion to Approve Settlement Agreement with American Mutual, LP, Motion for Authority to Sell Assets, and Brief in Support [Dkt. No. 214;

- Order Adopting Report and Recommendation of the United States Magistrate Judge [Dkt. No. 336] regarding Motion to Approve Settlement Agreement with Halo Companies, Inc. [Dkt. No. 244];

- Order [Dkt. No. 342] regarding Receiver's Motion to Approve Settlement, for Entry of Bar Order, to Allow and Pay Professional Fees, and Brief in Support [Dkt. No. 281]; and

- Order [Dkt. No. 339] regarding Receiver's Motion to Approve Settlement Agreement with F&B, Motion to Allow and Pay Professional Fees, and Brief in Support [Dkt. No. 333] (collectively, the "Settlement Agreement Orders").

The Court, having considered the Motion and the Settlement Agreement Orders has determined that the claims resolved by the Settlement Agreements Orders are distinct and that no just reason exists to delay the entry of final judgment.

The Court further finds that the Asset Disposition Fee is justified and warranted under the Receiver Orders.

The Court, therefore,

**ORDERS, ADJUDGES, AND DECREES** that this is Final Judgment disposes of all claims adjudicated in the Settlement Agreement Orders.

The Court further

**ORDERS, ADJUDGES, AND DECREES** that payment of the Asset Disposition Fee is warranted and approved.

**SIGNED this 6th day of April, 2015.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE