IN THE UNITED STATED DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION** §<br>**Plaintiff,** §<br>§<br>§<br>§<br>**v.** §<br>§<br>§<br>**JAMES G. TEMME, and** §<br>**STEWARDSHIP FUND, LP,** <br>**Defendants.** | **Civil Action No. 4:11-cv-655** |

### ORDER GRANTING RECEIVER'S MOTION FOR AUTHORITY TO SELL: (i) INTEREST IN P38 HOLDINGS, LLC; AND (ii) CAVCO HOLDINGS, LLC, AND APPROVE SALES PROCEDURES

Came for consideration the Receiver's Motion for Authority to Sell: (i) Ibterest in P38 Holdings, LLC and (ii) Cavco Holdings, LLC and Approve Sales Procedures (the "Motion") filed by Keith M. Aurzada as receiver (the "Receiver") for James G. Temme, Stewardship Fund, LP, and all other entities directly or indirectly controlled by James G. Temme or Stewardship Fund, LP, including, but not limited to, Stewardship Advisors, LLC, d/b/a Stewardship Advisors, LP, Stewardship Asset Management Genpar I, LLC, Stewardship Group, LLC, Destiny Fund, LP, and Stewardship Management, LP (collectively, the "Defendants"). Based upon a review of the Motion, and the pleadings on file, the Court finds and concludes that (a) the relief requested in the Motion is in the best interests of the Receiver and his receivership estates; (b) proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and (c) good and sufficient cause exists for the granting of the relief requested in the Motion after having given due deliberation upon the Motion and all of the proceedings had before the Court in connection with the Motion. Therefore, it is hereby **ORDERED** that:

1.	The Motion (Dkt. #374) is **GRANTED**;

2.	The Receiver will hold the Minority Interests (as defined in the Motion) open to public bids (to be provided to the Receiver) for thirty (30) days after the entry of this Order;

3.	The Receiver will not place any restrictions on who may bid on assets, except having sufficient financing to close the transaction (investors may bid and purchase assets; however, the investors must bid in cash and will not be allowed to credit bid).

4.	Moreover, all sales will be conducted "AS IS – WHERE IS", and no warranties of any kind will be provided;

5.	The Court waives the provisions of 28 U.S.C. §§ 2001(a) and 2002 and 28 U.S.C. § 2001(b); and

6.	Within a reasonable time after this Order is entered, the Receiver shall post this Order on www.stewardshipfundreceivership.com.

**IT IS SO ORDERED.**

**SIGNED this 13th day of July, 2015.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE