Order IN THE UNITED STATED DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION** § <br> **Plaintiff,** § <br> § <br> § <br> § <br> **v.** § <br> § <br> § <br> **JAMES G. TEMME, and** § <br> **STEWARDSHIP FUND, LP,** § <br> **Defendants.** § | Civil Action No. 4:11-cv-655 |

## ORDER GRANTING RECEIVER'S AMENDED THIRD INTERIM APPLICATION TO ALLOW AND PAY PROFESSIONAL FEES TO GREG T. MURRAY, PLLC

CAME ON FOR CONSIDERATION the Receiver's Amended Third Interim Application to Allow and Pay Professional Fees to Greg T. Murray, PLLC (the "**Application**"), which requests reimbursement for fees incurred for the time period from January 1, 2014 through July 31, 2015.  The Receiver seeks to pay Greg T. Murray, PLLC total compensation of $14,395.78, constituting $13,975.00 in fees and $420.78 in expenses.

No opposition has been filed to this Application.  Counsel for the Commission has reviewed the fee application and been afforded the opportunity to object, but does not object to the relief sought.  Based upon a review of the Application and the pleadings on file, the Court finds and concludes that (a) the relief requested in the Application is in the best interests of the Receiver and his receivership estates; (b) proper and adequate notice of the Application has been given and that no other or further notice is necessary; and (c) good and sufficient cause exists for the granting of the relief requested in the Application after having given due deliberation upon

the Application and all of the proceedings had before the Court in connection with the Application. Therefore, it is hereby **ORDERED** that:

 i. The Application is **GRANTED**.

 ii. Receiver is authorized to pay Greg T. Murray, PLLC total compensation of $14,395.00, constituting $13,975.00 in fees and $420.00 in expenses incurred for the time period from January 1, 2014 through July 31, 2015

**SIGNED this 2nd day of October, 2015.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE