IN THE UNITED STATED DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION** | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| | § | |
| v. | § | Civil Action No. 4:11-cv-655 |
| | § | |
| | § | |
| **JAMES G. TEMME, and** | § | |
| **STEWARDSHIP FUND, LP,** | § | |
| Defendants. | § | |

**ORDER GRANTING RECEIVER'S FINAL APPLICATION TO ALLOW AND PAY
PROFESSIONAL FEES TO FIGARI & DAVENPORT LLP**

CAME ON FOR CONSIDERATION the Receiver's Second Interim Application to Allow and Pay Professional Fees to Figari & Davenport, LLP (the "**Application**" - Dkt. #386), which requests reimbursement for fees incurred for the time period from October 1, 2013, through September 30, 2014. The Receiver seeks to pay Figari & Davenport, LLP total compensation of $34,701.77.

No opposition has been filed to this Application. Counsel for the Commission has reviewed the fee application and been afforded the opportunity to object, but does not object to the relief sought. Based upon a review of the Application and the pleadings on file, the Court finds and concludes that (a) the relief requested in the Application is in the best interests of the Receiver and his receivership estates; (b) proper and adequate notice of the Application has been given and that no other or further notice is necessary; and (c) good and sufficient cause exists for the granting of the relief requested in the Application after having given due deliberation upon

the Application and all of the proceedings had before the Court in connection with the Application. Therefore, it is hereby **ORDERED** that:

    i.       The Application is **GRANTED**.

    ii.      Receiver is authorized to pay Figari & Davenport, LLP total compensation of $34,701.77 from October 1, 2013, September 30, 2014.

**SIGNED this 6th day of November, 2015.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE