# EXHIBIT A

| Claim # | Allowed Claim Amount | Claim # | Allowed Claim Amount | Claim # | Allowed Claim Amount | Claim # | Allowed Claim Amount |
|---|---|---|---|---|---|---|---|
| 1 | $ 32,000.00 | 45 | $ 27,177.97 | 89 | $ 30,312.50 | 133 | $ - |
| 2 | $ 160,000.00 | 46 | $ 1,064,449.97 | 90 | $ 87,250.00 | 134 | $ 300,000.00 |
| 3 | $ 100,000.00 | 47 | $ 50,000.00 | 91 | $ - | 135 | $ 52,346.00 |
| 4 | $ 100,000.00 | 48 | $ 68,912.25 | 92 | $ - | 136 | $ 245,440.07 |
| 5 | $ 100,000.00 | 49 | $ 126,487.01 | 93 | $ 376,135.21 | 137 | |
| 6 | $ 100,000.00 | 50 | $ 387,375.07 | 94 | $ 650,000.00 | 138 | $ - |
| 7 | $ 100,000.00 | 51 | $ 25,000.00 | 95 | $ 200,000.00 | 139 | $ 49,090.00 |
| 8 | $ 50,000.00 | 52 | $ 592,832.00 | 96 | $ 196,700.00 | 140 | $ 50,000.00 |
| 9 | $ 407,291.67 | 53 | $ 230,422.81 | 97 | $ 90,000.00 | 141 | $ 50,000.00 |
| 10 | $ 64,861.11 | 54 | $ 1,500.00 | 98 | $ 32,850.00 | 142 | $ 50,000.00 |
| 11 | $ 186,000.00 | 55 | $ 2,489.16 | 99 | $ 200,000.00 | 143 | $ 32,403.87 |
| 12 | $ - | 56 | $ - | 100 | $ 250,000.00 | 144 | |
| 13 | $ 500,022.62 | 57 | $ 27,293.16 | 101 | $ 291,500.00 | 145 | $ - |
| 14 | $ 356,090.51 | 58 | $ 238,918.76 | 102 | $ 275,000.00 | 146 | $ - |
| 15 | $ 191,875.73 | 59 | $ 13,750.00 | 103 | $ 250,000.00 | 147 | $ - |
| 16 | $ 250,000.00 | 60 | $ 15,000.00 | 104 | $ - | 148 | $ - |
| 17 | $ 162,915.67 | 61 | $ 85,356.34 | 105 | $ 100,000.00 | 149 | $ 191,862.00 |
| 18 | $ 95,890.42 | 62 | $ 132,569.44 | 106 | $ 220,000.00 | 150 | $ 1,150,591.00 |
| 19 | $ 100,000.00 | 63 | $ 50,000.00 | 107 | $ 165,000.00 | 151 | $ 186,500.00 |
| 20 | $ 87,500.00 | 64 | $ 48,052.09 | 108 | $ 110,000.00 | 152 | $ - |
| 21 | $ 386,440.00 | 65 | $ 21,355.00 | 109 | $ 100,000.00 | 153 | $ - |
| 22 | $ 50,000.00 | 66 | $ 171,500.00 | 110 | $ 11,000.00 | 154 | $ - |
| 23 | $ 23,839.71 | 67 | $ 1,585.74 | 111 | $ 10,000.00 | 155 | $ 23,042.28 |
| 24 | $ 18,414.71 | 68 | $ 82,847.22 | 112 | $ 400,000.00 | 156 | $ 20,288.34 |
| 25 | $ 23,839.71 | 69 | $ 672,071.60 | 113 | $ 200,000.00 | 157 | $ 23,042.28 |
| 26 | $ 40,000.00 | 70 | $ 25,000.00 | 114 | $ - | 158 | $ 20,288.34 |
| 27 | $ 23,839.70 | 71 | $ 89,702.00 | 115 | $ - | 159 | $ 23,042.28 |
| 28 | $ 71,687.11 | 72 | $ 287,900.00 | 116 | $ - | 160 | $ 20,288.34 |
| 29 | $ 150,000.00 | 73 | $ 45,000.00 | 117 | $ - | 161 | $ 23,042.28 |
| 30 | $ 17,330.00 | 74 | $ 46,000.00 | 118 | $ - | 162 | $ 20,288.34 |
| 31 | $ 58,000.00 | 75 | $ 60,000.00 | 119 | $ 275,000.00 | 163 | $ 126,047.98 |
| 32 | $ 194,045.06 | 76 | $ 128,000.00 | 120 | $ 275,000.00 | 164 | $ 76,807.60 |
| 33 | $ 23,839.71 | 77 | $ 35,000.00 | 121 | $ 275,000.00 | 165 | $ 2,359,404.00 |
| 34 | $ 23,839.71 | 78 | $ - | 122 | $ 154,000.00 | 166 | |
| 35 | $ 75,749.76 | 79 | $ 180,000.00 | 123 | $ 47,500.00 | 167 | $ 7,619,116.21 |
| 36 | $ 162,361.11 | 80 | $ 102,000.00 | 124 | $ 261,503.00 | 168 | $ 2,000,000.00 |
| 37 | $ 15,000.00 | 81 | $ 734,314.72 | 125 | $ 275,000.00 | 169 | $ - |
| 38 | $ 5,537.31 | 82 | $ 76,807.60 | 126 | $ 150,000.00 | 170 | $ - |
| 39 | $ 25,742.38 | 83 | $ 226,767.00 | 127 | $ 24,375.00 | 171 | $ - |
| 40 | $ 843,644.62 | 84 | $ 90,000.00 | 128 | $ - | 172 | |
| 41 | $ - | 85 | $ 23,000.00 | | $ - | 173 | $ 19,051.38 |
| 42 | $ - | 86 | $ 116,238.36 | 130 | $ 153,153.92 | 174 | $200,000 |
| 43 | $ - | 87 | $ 26,000.00 | 131 | $ - | 130-A | $ 275,000.00 |
| 44 | $ 23,839.71 | 88 | $ 38,074.00 | 132 | $ - | Total | $ 32,917,398.15 |