| FUND ACCOUNTING: Stewardship Fund LP in Receivership | | Detail | Subtotal | Grand Total |
|---|---|---:|---|---:|
| Line 1 | Beginning Balance (As of Jan 1, 2016): | $ 578,085 | | $ 578,085 |
| | *Increases in Fund Balance:* | | | |
| Line 2 | Business Income | $ - | | $ - |
| Line 3 | Cash and Securities | $ - | | $ - |
| Line 4 | Interest/Dividend Income | $ - | | $ - |
| Line 5 | Business Asset Liquidation | $ - | | $ - |
| Line 6 | Personal Asset Liquidation | $ - | | $ - |
| Line 7 | Third-Party Litigation Income | $ 70,833 | | $ 70,833 |
| Line 8 | Miscellaneous | $ - | | $ - |
| | Total Funds Available (Lines 1 – 8): | $ 648,918 | | $ 648,918 |
| | *Decreases in Fund Balance:* | | | |
| Line 9 | Disbursements to Investors | $ 399,200 | | $ 399,200 |
| Line 10 | Disbursements for Receivership Operations | $ - | | |
| Line 10a | *Disbursements to Receiver or Other Professionals* | $ 249,408 | | $ 249,408 |
| Line 10b | *Business Asset Expenses* | $ 310 | | $ 310 |
| Line 10c | *Personal Asset Expenses* | $ - | | $ - |
| Line 10d | *Investment Expenses* | $ - | | $ - |
| Line 10e | *Third-Party Litigation Expenses* | $ - | | $ - |
| | 1. Attorney Fees | $ - | | $ - |
| | 2. Litigation Expenses | $ - | | $ - |
| | *Total Third-Party Litigation Expenses* | $ - | | $ - |
| Line 10f | *Tax Administrator Fees and Bonds* | $ - | | $ - |
| Line 10g | *Federal and State Tax Payments* | $ - | | $ - |
| | Total Disbursements for Receivership Operations | $ 249,718 | | $ 249,718 |
| Line 11 | **Disbursements for Distribution Expenses Paid by the Fund:** | | | |
| Line 11a | *Distribution Plan Development Expenses:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator………………..………………... | $ - | | $ - |
| | Independent Distribution Consultant (IDC)…………… | $ - | | $ - |
| | Distribution Agent………………..….……………......… | $ - | | $ - |
| | Consultants…………………………......……………….. | $ - | | $ - |
| | Legal Advisers………………….…..…..……………… | $ - | | $ - |
| | Tax Advisers……………….……………….…………… | $ - | | $ - |
| | 2. Administrative Expenses | $ - | | $ - |
| | 3. Miscellaneous | $ - | | $ - |
| | *Total Plan Development Expenses* | $ - | | $ - |
| Line 11b | *Distribution Plan Implementation Expenses:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator………………..………………..……… | $ - | | $ - |
| | IDC……………………….…………...……......………… | $ - | | $ - |
| | Distribution Agent………………..………………….. | $ - | | $ - |
| | Consultants………………………………......………….. | $ - | | $ - |
| | Legal Advisers………………………..……..………… | $ - | | $ - |
| | Tax Advisers…………….………………….…..……… | $ - | | $ - |
| | 2. Administrative Expenses | $ - | | $ - |
| | 3. Investor Identification: | $ - | | $ - |
| | Notice/Publishing Approved Plan…………...….….. | $ - | | $ - |
| | Claimant Identification……………….…………...….. | $ - | | $ - |
| | Claims Processing……………….……………….....… | $ - | | $ - |
| | Web Site Maintenance/Call Center………………...…… | $ - | | $ - |
| | 4. Fund Administrator Bond | $ - | | $ - |

| | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| | 5. Miscellaneous | $ - | | $ - |
| | 6. Federal Account for Investor Restitution (FAIR) Reporting Expenses | $ - | | $ - |
| | *Total Plan Implementation Expenses* | $ - | | $ - |
| | **Total Disbursements for Distribution Expenses Paid by the Fund** | | | - |
| **Line 12** | **Disbursements to Court/Other:** | | | |
| Line 12a | *Investment Expenses/Court Registry Investment System (CRIS) Fees* | $ - | | |
| Line 12b | *Federal Tax Payments* | $ - | | |
| | **Total Disbursements to Court/Other:** | $ - | | |
| | **Total Funds Disbursed (Lines 9 – 11):** | $ 648,918 | $ - | $ 648,918 |
| **Line 13** | **Ending Balance (As of December 31, 2015:** | $ - | $ - | $ - |
| **Line 14** | **Ending Balance of Fund – Net Assets:** | | | |
| Line 14a | *Cash & Cash Equivalents* | $ - | | |
| Line 14b | *Investments* | $ - | | |
| Line 14c | *Other Assets or Uncleared Funds* | $ - | | |
| | **Total Ending Balance of Fund – Net Assets** | $ - | $ - | $ - |

**OTHER SUPPLEMENTAL INFORMATION:**

| | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| | ***Report of Items NOT To Be Paid by the Fund:*** | | | |
| **Line 15** | **Disbursements for Plan Administration Expenses Not Paid by the Fund:** | | | |
| Line 15a | *Plan Development Expenses Not Paid by the Fund:* | | | |
| | 1. Fees: | | | |
| |     Fund Administrator……………………...……………. | $ - | | - |
| |     IDC………………………………………..……………. | $ - | | - |
| |     Distribution Agent……………………...…………...… | $ - | | - |
| |     Consultants……………………………..……………. | $ - | | - |
| |     Legal Advisers…………………………..……………. | $ - | | - |
| |     Tax Advisers…………………………..……………… | $ - | | - |
| | 2. Administrative Expenses | $ - | | - |
| | 3. Miscellaneous | $ - | | - |
| | *Total Plan Development Expenses Not Paid by the Fund* | $ - | - | - |
| Line 15b | *Plan Implementation Expenses Not Paid by the Fund:* | | | |
| | 1. Fees: | **$ -** | | - |
| |     Fund Administrator……………………………..…… | $ - | | - |
| |     IDC…………………………………………........……… | $ - | | - |
| |     Distribution Agent…………………………………….. | $ - | | - |
| |     Consultants………………………………....………… | $ - | | - |
| |     Legal Advisers………………………………………… | $ - | | - |
| |     Tax Advisers……………………………....…………… | $ - | | - |
| | 2. Administrative Expenses | $ - | | - |
| | 3. Investor Identification: | **$ -** | | - |
| |     Notice/Publishing Approved Plan…………...……... | $ - | | - |
| |     Claimant Identification……………………...……….. | $ - | | - |
| |     Claims Processing………………………..………..… | $ - | | - |
| |     Web Site Maintenance/Call Center………………..…… | $ - | | - |
| | 4. Fund Administrator Bond | $ - | | - |
| | 5. Miscellaneous | $ - | | - |
| | 6. FAIR Reporting Expenses | $ - | | - |
| | *Total Plan Implementation Expenses Not Paid by the Fund* | $ - | | - |
| Line 15c | *Tax Administrator Fees & Bonds Not Paid by the Fund* | $ - | - | - |
| | **Total Disbursements for Plan Administration Expenses Not Paid by the Fund** | | | |
| **Line 16** | **Disbursements to Court/Other Not Paid by the Fund:** | | | |

| | | | | | |
|---|---|---|---|---|---|
| *Line 16a* | Investment Expenses/CRIS Fees | $ | - | | |
| *Line 16b* | Federal Tax Payments | $ | - | | |
| | Total Disbursements to Court/Other Not Paid by the Fund | $ | - | | |
| **Line 17** | **DC & State Tax Payments** | $ | - | | |
| **Line 18** | **No. of Claims:** | | | | |
| *Line 18a* | # of Claims Received This Reporting Period………………… | $ | 3 | | |
| *Line 18b* | # of Claims Received Since Inception of Fund…..…..……… | $ | 176 | | |
| **Line 19** | **No. of Claimants/Investors:** | | | | |
| *Line 19a* | # of Claimants/Investors Paid This Reporting Period…..…… | $ | 176 | | |
| *Line 19b* | # of Claimants/Investors Paid Since Inception of Fund……. | $ | 176 | | |