IN THE UNITED STATED DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION** § | | |
| **Plaintiff,** § | | |
| § | | |
| § | | |
| § | | |
| **v.** § | Civil Action No. 4:11-cv-655 | |
| § | | |
| § | | |
| **JAMES G. TEMME, and** § | | |
| **STEWARDSHIP FUND, LP,** § | | |
| **Defendants.** § | | |

**ORDER GRANTING RECEIVER'S FINAL APPLICATION TO ALLOW AND PAY (1) RECEIVER'S FEES AND EXPENSES; AND (2) ATTORNEYS' FEES AND EXPENSES**

CAME ON FOR CONSIDERATION the Receiver's Final Application to Allow and Pay (1) Receiver's Fees and Expenses; and (2) Attorneys' Fees and Expenses (the "**Application**"), which requests reimbursement for fees incurred for the time period from January 1, 2016 through December 31, 2016. The Receiver seeks to pay Bryan Cave LLP ("**BC**") $31,312.99, representing $30,269.00 in fees and $1,043.99 in expenses for the time period from January 1, 2016 through December 31, 2016.

No opposition has been filed to this Application. Counsel for the Commission has reviewed the fee application and been afforded the opportunity to object, but does not object to the relief sought. Based upon a review of the Application and the pleadings on file, the Court finds and concludes that (a) the relief requested in the Application is in the best interests of the Receiver and his receivership estates; (b) proper and adequate notice of the Application has been given and that no other or further notice is necessary; and (c) good and sufficient cause exists for the granting of the relief requested in the Application after having given due deliberation upon

the Application and all of the proceedings had before the Court in connection with the Application. Therefore, it is hereby **ORDERED** that:

    i.    The Application is **GRANTED**.

    ii.    The Court approves, the fees ($30,269.00) and expenses ($1,043.99) incurred by the Receiver from January 1, 2016 through December 31, 2016.

    iii.    The Receiver is authorized to immediately pay BC the total sum of $31,312.99, representing $30,269.00 in fees and $1,043.99 in interim expenses for the time period from January 1, 2016 through December 31, 2016.

**SIGNED this 19th day of January, 2017.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE

6649033.1